# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**NICHOLAS WAYNE BURGESS**                                                    **PLAINTIFF**

v.                     **3:16CV00270-BRW-JTK**

**ALLISON HUCKABEE, et al.**                                                  **DEFENDANTS**

## ORDER

Plaintiff has not responded to this Court's October 5, 2016 Order directing him to pay the $400 filing fee for this action or file a Motion to Proceed in forma pauperis, within thirty days (Doc. No. 3). In fact, the copy of the Order sent to Burgess was returned to the Court as undeliverable on October 14, 2016 (Doc. No. 5).

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice for failure to prosecute. An appropriate judgment will accompany this Order.

IT IS SO ORDERED this 23rd day of November, 2016.

                                                      /s/ Billy Roy Wilson
                                                      UNITED STATES DISTRICT JUDGE