# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**NICHOLAS WAYNE BURGESS**                                                                 **PLAINTIFF**

**v.**                                            **3:16CV00270-BRW-JTK**

**ALLISON HUCKABEE, et al.**                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 23rd day of November, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE